## ORDER

The petitioner's motion for stay is denied and the stay entered in this court on August 26, 1980 is hereby vacated. Since the order of the Public Utilities Commission which petitioner complains of is interlocutory, the petition for certiorari is denied and dismissed, the writ heretofore issued is quashed, and the records if any certified to this court are ordered returned to the commission for further proceedings.

Hinckley, Allen, Salisbury & Parsons, George M. Vetter, William J. McGair, Providence, for defendant–petitioner.

## ORDER

Since the order of the Superior Court in this case is interlocutory, the petition for writ of certiorari is denied. The stay previously entered herein on July 10, 1980 is hereby vacated.

### Elliot S. COHEN

v.

### Phyllis N. SHUTE.

No. 79–179–A.

Supreme Court of Rhode Island.

Aug. 28, 1980.

Aram K. Berberian, Warwick, for plaintiff.

John P. Toscano, Town Sol., Charlestown, for defendant.

## ORDER

The defendant's motion to dismiss this appeal is granted.

### FEDERAL AUTO BODY WORKS, INC.

v.

### AETNA CASUALTY & SURETY CO.

No. 79–451–A.

Supreme Court of Rhode Island.

Aug. 28, 1980.

Aram K. Berberian, Warwick, for plaintiff.

Hinckley, Allen, Salisbury & Parsons, Robert W. Lovegreen, Providence, for defendant.

## ORDER

Plaintiff's brief having been filed, the defendant's motion to dismiss is denied.

### Edward D. DiPRETE et al.

v.

### JOHNSON & WALES COLLEGE.

No. 80–313–M.P.

Supreme Court of Rhode Island.

Aug. 28, 1980.

Jeremiah S. Jeremiah, Jr., City Sol., Cranston, for plaintiffs–respondents.

### Alvin M. FORD et al.

v.

### ZONING BOARD OF REVIEW OF the CITY OF CRANSTON et al.

No. 80–284–M.P.

Supreme Court of Rhode Island.

Aug. 28, 1980.

Carroll, Kelly & Murphy, Joseph A. Kelly, Providence, for plaintiffs–respondents.